**ABELSON & TRUESDALE, LLC**
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No. 16-22887 (MBK) |
| JOSEPH & RUTH CARRANO | Chapter 13 |
| Debtors | **MOTION TO ENFORCE CHAPTER 13 PLAN, COMPEL ALLOCATION OF MORTGAGE PAYMENTS, PAYMENT OF PROPERTY TAXES, INSURANCE AND DAMAGES PER 11 U.S.C. § 524(i)** |
| | Hearing Date: **January 2, 2018 @ 10:00 A.M.** |

To:  Clerk, United States Bankruptcy Court          Albert Russo, Trustee
     United States Bankruptcy Court                 CN 4853
     402 E. State Street                            Trenton, NJ 08650
     Trenton, New Jersey 08608

     Twp. Of Lacey                                  Kondaur Capital Corp
     818 West Lacey Road                            333 S. Anita Drive, Suite 400
     Forked River, NJ 08731                         Orange, CA 92868
     Attn: Tax Collection                           *Attention: Officer, Director,*
                                                    *Managing Agent or Other*
                                                    *Individual Authorized to Accept*
                                                    *Service of Process*

     Ocean First Bank.
     975 Hooper Avenue                              Neal M. Ruben, Esq.
     Toms River, NJ 08753                           179 Avenue at the Common
     *Attention: Officer, Director,*                Suite 201
     *Managing Agent or Other*                      Shrewsbury, NJ 07702
     *Individual Authorized to Accept*              *Attorney for Ocean First*
     *Service of Process*

**PLEASE TAKE NOTICE** that on January 2, 2018 at 10:00 in the forenoon, or as soon

as counsel may be heard, the undersigned attorney for the Debtors, Joseph & Ruth Carrano will move before the UNITED STATES BANKRUPTCY COURT, Honorable Michael B. Kaplan, presiding, 402 E. State Street, TRENTON, NEW JERSEY, 08608 for an Order Enforcing the Terms of the Chapter 13 Plan, Compelling Proper Allocation of Mortgage Payments, Compelling Payment of Property Taxes, and damages for the Creditor's failure to comply with 11 U.S.C. § 524(i).

**PLEASE TAKE FURTHER NOTICE** that Debtor shall rely upon the attached certification in support of the application and that pursuant to Local Rule 9013-1, it is submitted that no brief is necessary as issues presented are clear and concise, oral argument is not requested and a proposed form of order is submitted herewith.

/s/ Steven J. Abelson
STEVEN J. ABELSON, ESQ.
Attorney for Debtors

Dated: December 5, 2017