WARREN S. JONES, JR., ESQUIRE
Bar # 003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
K.052-773.NF
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| In Re: | Bk. No. 16-22887-MBK |
| Joseph Thomas Carrano<br>*and* Ruth Elaine Carrano, | Chapter 13 |
| Debtors. | **OPPOSITION AND RESPONSES TO DEBTORS' MOTION TO ENFORCE CHAPTER 13 PLAN, COMPEL ALLOCATION OF MORTGAGE PAYMENTS, PAYMENT OF PROPERTY TAXES, INSURANCE AND DAMAGES PER 11 U.S.C. §524(i)** |
| | Hearing –<br>Date: January 2, 2018<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>    402 E. State Street<br>    Trenton, New Jersey 08608<br>    Courtroom 8 |

Kondaur Capital Corp Corporation as servicing agent of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-2, secured creditor in the above-entitled Bankruptcy proceeding, its assignees and/or successors in interest (hereinafter "Kondaur"), holds the senior lien on the subject property generally described as **351 Enterprise Drive, Forked River, NJ 08731** (hereinafter "Subject Property"), and hereby submits the following opposition

and responses to the Debtors' Motion to Enforce Chapter 13 Plan, Compel Allocation of Mortgage Payments, Payment of Property Taxes, Insurance and Damages per 11 USC §524(i) proposed by Debtors:

Debtors request for relief includes requests that 1) Kondaur file a transfer of claim; 2) Ocean Front Bank turn over funds to Kondaur; 3) that the property taxes be paid and that the late charge and penalty part of the taxes owed not be charged back to the Debtors; and 4) that Kondaur pay Debtors' attorney fees of $750.00.

First, Kondaur is in the process of filing a transfer of claim, which should be filed before the date of this hearing.

Second, Ocean Front Bank has turned over the two payments that were transmitted by the Chapter 13 Trustee after the transfer of the loan occurred.  Kondaur acknowledges the receipt of the $526.42 that was sent by the Chapter 13 Trustee on September 1, 2017 and the $1,122.10 that was sent by the Chapter 13 Trustee on November 2, 2017.  All payments transmitted by the Chapter 13 Trustee prior to the transfer were correctly transmitted to Ocean Front Bank.

Third, Kondaur disputes the allegation in the motion that the transfer of servicing occurred in August of 2016.  The Transfer took place effective August 2017 as evidenced by the letter attached to the Debtors' Motion.

Kondaur agrees that the property taxes need to be paid.  Kondaur will investigate the lack of notice by Lacey Township to the Secured Creditor and review the alleged non-payment of the taxes.  To the extent property taxes were not paid, Kondaur agrees that the fees and penalties should not be passed on to the Debtors.  Per discussions with the Lacey Township, the taxes in question are the November 1, 2017 property taxes that were dues by November 10, 2017.  The letter provided as Exhibit E to the Debtors' Motion indicates it was sent on November 14, 2017.  Said letter is a violation of the automatic stay pursuant to 11 U.S.C. §362(d)(4) as it is an action to collect a debt and is thus void.  Kondaur opposes the imposition of attorney fees for Debtors' pleadings as they could have been handled via a telephone call to the taxing authority.

2

**<u>CONCLUSION</u>**

It is respectfully requested that the Debtors' Motion to Enforce Chapter 13 Plan, Compel

Allocation of Mortgage Payments, Payment of Property Taxes, Insurance and Damages per 11

USC §524(i)  be denied.

WHEREFORE, secured creditor prays as follows:

(1)     That the Debtors' Motion be denied.

(2)     For such other relief as this Court deems proper.

Dated: 12/26/2017                                     By: <u> /s/ Warren S. Jones, Jr.</u>
                                                           WARREN S. JONES, JR., ESQUIRE
                                                           Retained Counsel for Secured Creditor