

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

**Order Filed on November 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH & RUTH CARRANO

Case No.:     16-22887

Hearing Date: October 23, 2018 at 9:00am

Judge: Hon. Michael B. Kaplan

## CONSENT ORDER RESOLIVNG MOTION TO ENFORCE

The relief set forth on the following pages, numbered two (2) through (2) is
hereby **ORDERED**.

**DATED: November 29, 2018**



Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

CONSENT ORDER RESOLIVNG MOTION TO ENFORCE

**CASE NO:** 16-22887
**ADV. NUMBER:**

**DATE OF HEARING:** 10/23/18 at 9:00 a.m.

**JUDGE:** HON. MICHAEL B. KAPLAN

---

This matter having been opened to the Court by Steven J. Abelson, Esq. as attorney for the Debtor, with

notice having been given to the Creditor, KONDAUR CAPITAL CORPORATION and its counsel, and the

Court having had the opportunity to review the application of the debtor and for the reasons set forth on the

record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) Kondaur Capital acknowledges payment in October 2018 of the 3rd Quarter Property

Taxes to Lacey Township. Kondaur shall promptly pay any and all interest due interest and all future

quarters, commencing with 4th quarter due 11/1/18 shall be paid timely.

2) Kondaur Capital shall provide an itemized accounting of all post petition payments

credited to Debtor's account within Fifteen (15) days based on the petition filing payments set at $ 1,377.

Any proof of missing payments and/or delinquency for same shall be paid by Debtor no later than 12/31/18.

3) Debtor shall adjust their payments as of 11/1/18 consistent with the Notice of Mortgage

Payment Changed filed by Kondaur to $ 1,454.

4) Kondaur Capital shall pay fees and costs necessitated by this motion in the amount of

Seven Hundred and Fifty ($750.00) Dollars to the Debtor's counsel within Fifteen Days of this Order.

The undersigned hereby consent to the form and
entry of the foregoing Order.


Warren S. Jones, Esq.
Attorney for Kondaur Capital

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq
Attorney for Debtors