UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ❒    Followed    ❒    Modified

**ORDER REOPENING CASE
AND ADDITIONAL RELIEF**

The relief set forth on the following page is **ORDERED**.

**DATED: December 5, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

4) The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

5) Rushmore Loan Management shall within ten (10) days remove all negative and derogatory references from the Debtor's credit report reflecting post bankruptcy delinquencies for bankruptcy arrears cured and paid per the Debtor's Chapter 13 plan.

6) Rushmore Loan Management shall ensure there is no further attempts to collect bankruptcy arrears which were satisfied during the course of the Debtor's Chapter 13 plan.

7) Damages are hereby awarded in the amount of $ _____ and shall be paid to the Debtor within fifteen (15) days.

rev 8/1/15