DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054
(973) 966-6300
Attorneys for
Rushmore Loan Management Services

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: JOSEPH & RUTH CARRANO | Case No.: 16-22887 |
| | **NOTICE OF APPEARANCE** |
| | (Document Electronically Filed) |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Rushmore Loan Management Services in connection with the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that all notices given or required to be given in this action, and all pleadings, motions, applications, discovery requests and correspondence served or required to be served in this action, be given to and served upon the undersigned at the address provided below.

DATED: March 21, 2023    By: */s/ Stephen Catanzaro*
  Stephen Catanzaro
  Christina A. Livorsi
  DAY PITNEY LLP
  One Jefferson Road
  Parsippany, NJ 07054-2891
  Tel.: (973) 966-6300
  Fax: (973) 461-4564
  Email: clivorsi@daypitney.com

  Attorneys for Rushmore Loan
  Management Services

114484054.1